| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

PRINCELLA V. STEELS, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:16-CV-519
§
TEXAS DEPT. OF CRIM. JUSTICE, *et al*., §
§
    Defendants. §

## MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff Princella V. Steels, an inmate confined at the Hobby Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983.  The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the case be dismissed for failing to state a claim upon which relief may be granted

    The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence.  Plaintiff filed objections to the magistrate judge's Report and Recommendation.

    The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law.  After careful consideration, the court is of the opinion the objections are without merit.  The magistrate judge correctly concluded that as Texas has an adequate post-deprivation remedy, the negligent deprivation of property by prison officials does not violate a constitutional right.

## ORDER

Accordingly, the objections filed by plaintiff are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment shall be entered dismissing this lawsuit.

SIGNED at Plano, Texas, this 26th day of July, 2017.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE